**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

Form ounclfda (01/09/20)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Angela D. Simmons

Debtor(s).

Case Number: 21–41438–BDL
Chapter: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 27, 2022; an application was filed for the Claimant(s), Angela D. Simmons, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds, accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, sum of $7,345.10 held in unclaimed funds be made payable to Angela D. Simmons.

The Clerk will disburse these funds immediately.